JESSIE I. KNICKERBOCKER, Respondent, *v.* WILLIS N. BRITTON et al., Appellants.

*Knickerbocker* v. *Britton*, 122 App. Div. 899, appeal dismissed.
(Argued January 6, 1908; decided January 14, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 29, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that no question of law was involved, that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence and that the exceptions were frivolous.

*Adelbert Cronise* for motion.

*Frederick J. Smythe* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.